484

992 A.2d 74

NATIONWIDE MUTUAL INSURANCE COMPANY, Nationwide Mutual Fire Insurance Company, Nationwide General Insurance Company, Nationwide Property & Casualty Insurance Company and Colonial Insurance Company of Wisconsin f.k.a. Colonial Insurance Company of California, Appellants

v.

John FLEMING, Joshua Meeder, Meeder Fleming & Associates, Inc., Moraine Group, Inc., Mary Lou Fleming, Andrea Meeder, Robert Dean, John Williams, Barbara Reddick, Ray Kooser, Sandy Kooser, David Colley, Connie Taylor, Michele Daugherty, Lon McAllister, and Lon McAllister Agency, Appellees.

No. 32 WAP 2007.

Supreme Court of Pennsylvania.

Argued March 6, 2008.

Decided Jan. 29, 2010.

## ORDER

PER CURIAM.

AND NOW, this 29th day of January, 2010, the Resubmission Order of January 4, 2010, having been vacated, all ancillary matters are hereby rendered **MOOT**.

992 A.2d 75

### In re ERIE GOLF COURSE.

Appeal of Lake Erie Region Conservancy, Inc., and Committee to Keep Erie Golf Course Open.

Supreme Court of Pennsylvania.

Argued Sept. 16, 2009.

Decided March 25, 2010.